No. 01–882. EPELBAUM v. CHICAGO BOARD OF EDUCATION. C. A. 7th Cir. Certiorari denied.

No. 01–883. BUSH ET UX. v. CITY OF ZEELAND. Ct. App. Mich. Certiorari denied.

No. 01–884. GHIDONI v. HILL COUNTY S. A. LTD. ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–886. FINN v. INDIANA. Ct. App. Ind. Certiorari denied.

No. 01–888. CHOICE HOTELS INTERNATIONAL, INC. v. TICKNOR ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–891. REGAN v. NEW YORK STATE DEPARTMENT OF CIVIL SERVICE ET AL. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 01–892. PRITIKIN v. DEPARTMENT OF ENERGY ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–894. GUTMAN v. GUTMAN, AKA FRANCIS. Sup. Ct. Ore. Certiorari denied.

No. 01–895. FIORE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–897. GARDNER v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 01–898. HOLGUIN v. TEXAS. Ct. App. Tex., 8th Dist. Certiorari denied.

No. 01–901. KHAN v. ACCURATE MOLD, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–905. BOULDER FRUIT EXPRESS ET AL. v. TRANSPORTATION FACTORING, INC., DBA TRANSFAC, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–906. KNUBBE v. DETROIT BOARD OF EDUCATION. Ct. App. Mich. Certiorari denied.